# *United States District Court*

## *District of Minnesota*

Albert and Meredith Ranft,

Plaintiff(s)

-vs- Civil Action 00-2643 DSD/SRN

Unum Provident Corporation, d/b/a
UNUM Life Ins. Co. of America,
a Delaware Corp., the estate
of Primitivo Juan Rivas, Defendant(s).
David A. Peterson, his special
admistrators, David Burns, et al

## CLERK'S ENTRY OF DEFAULT

It appearing that the estate of Primitivo Juan Rivas, David A. Peterson, his special administrator; and David Burns defendant (s) is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**DEFAULT IS HEREBY ENTERED** against

the Estate of Primitivo Juan Rivas, David A. Peterson, his special administrator; and
David Burns

this 21st day of February, 2001

FRANCIS E. DOSAL, CLERK

By [signature] Deputy Clerk

(7)