UNITED STATE DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Albert and Meredith Ranft,

Court File No. 00-2643 DSD/SRN

Plaintiffs,

v.

UnumProvident Corporation, d/b/a UNUM Life Insurance Company of America, a Delaware Corporation, the estate of Primitivo Juan Rivas, David A. Peterson, his special administrators, David Burns, John Doe and Mary Roe, and all other persons unknown claiming any interest on the property described herein,

Defendants.

**STIPULATION AND ORDER**

---

The parties, through counsel, stipulate and consent to Defendant UnumProvident Corporation's service and filing of a Third-Party Complaint, a copy of which is attached to this Stipulation.

**EASTLUND, SOLSTAD, CADE & HUTCHINSON, LTD.**

Dated: 3/19/01, 2001.

Sharon H. Ysebaert

Sharon Herland Ysebaert (ID #172728)
Attorney for Plaintiffs
4200 County Road 42 West
Savage, MN 55378-4048
Telephone: (952) 894-6400

FILED MAR 21 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: 3/19/01, 2001

**KRASS MONROE, P.A.**

John Harper III (ID# 41397)
Terrance J. Wagener (ID# 213676)
Attorneys for Defendants
Southpoint Office Center
1650 West 82nd Street
Bloomington, MN 55431-1447
Telephone: (952) 885-5999

**ORDER**

Based upon the foregoing Stipulation,

**IT IS HEREBY ORDERED** that Defendant UnumProvident Corporation is granted leave to commence a third-party action in this matter.

Dated this 21st day of March, 2001.

**BY THE COURT:**

Susan Richard Nelson,
United States Magistrate Judge

G:\WPDATA\U\UNUMPROVIDENT\16-RANFT\PLDGS\STIP&ORDER.DOC