UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Court File No. 00-2643 DSD/SRN

Albert and Meredith Ranft,

Plaintiffs,

v.

UnumProvident Corporation, d/b/a UNUM Life Insurance Company of America, a Delaware Corporation, the estate of Primitivo Juan Rivas, David A. Peterson, his special administrators, David Burns, John Doe and Mary Roe, and all other persons unknown claiming any interest on the property described herein,

Defendants,

and

UnumProvident Corporation, d/b/a Unum Life Insurance Company of America, a Delaware Corporation,

Third-Party Plaintiff,

v.

Debra Hanaman as parent and natural guardian for Kyle J. Rivas,

Third-Party Defendant.

**CLERK'S ENTRY OF DEFAULT OF DEFENDANTS**

Defendants David A. Peterson, as Special Administrator to the Estate of Primativo Juan Rivas and David Burns have been served with, or have acknowledged receipt of, Defendant UNUM Life Insurance Company of America's ("UNUM") Cross-Claim and Counterclaim in Interpleader; and Debra Hanaman, as parent and natural guardian for Kyle J. Rivas, has been served with or has acknowledged receipt of, a copy of Defendant UNUM's Third-Party

FILED 8-27-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

(16)

Summons and Third-Party Complaint in this matter and the time allowed to plead, answer or otherwise appear has passed;

**NOW**, on Application of Terrance J. Wagener, Attorney for Defendant and Third-Party Plaintiff, the default of Defendants David A. Peterson, as Special Administrator to the Estate of Primativo Juan Rivas and David Burns is hereby entered with respect to Defendant UNUM's Cross-Claim and Counterclaim in Interpleader; and the default of Third-Party Defendant Debra Hanaman, as parent and natural guardian for Kyle J. Rivas, is hereby entered with respect to Third-Party Plaintiff UNUM's Third-Party Complaint in this matter.

Dated this 27th day of August, 2001.

By [signature], Deputy Clerk

~~Frank E. Dorsal~~
~~Clerk of Court~~ RICHARD D. SLETTEN
CLERK OF COURT

G:\WPDATA\U\UNUMPROVIDENT\16-RANFT\PLDGS\CLERKS ENTRY OF DEFAULT OF DEFENDANTS.DOC