UNITED STATE DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Albert and Meredith Ranft,

Plaintiffs,

v.

UnumProvident Corporation, d/b/a UNUM Life Insurance Company of America, a Delaware Corporation, the estate of Primitivo Juan Rivas, David A. Peterson, his special administrators, David Burns, John Doe and Mary Roe, and all other persons unknown claiming any interest on the property described herein,

Defendants.

Court File No. 00-2643 DSD/SRN

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

---

**IT IS HEREBY STIPULATED AND AGREED TO** by and between the parties to this action, by their respective counsel, that all claims and causes of action asserted by any of the parties to this lawsuit may be dismissed with prejudice and without costs of any party and without further notice.

**EASTLUND, SOLSTAD, CADE & HUTCHINSON, LTD.**

Dated: Dec. 7, 2001.

Sharon H. Ysebaert

Sharon Herland Ysebaert (ID #172728)
Attorney for Plaintiffs
4200 County Road 42 West
Savage, MN 55378-4048
Telephone: (952) 894-6400

FILED 12-12-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 12-12-01
DEPUTY CLERK

Dated: 12/10, 2001

KRASS MONROE, P.A.

John Harper III (ID# 41397)
Terrance J. Wagener (ID# 213676)
Attorneys for Defendants
Southpoint Office Center
1650 West 82nd Street
Bloomington, MN 55431-1447
Telephone: (952) 885-5999

**ORDER**

Based upon the foregoing Stipulation,

**IT IS HEREBY ORDERED** that all claims and causes of action asserted by any of the parties to this lawsuit may be dismissed with prejudice and without costs of any party and without further notice.

Dated this 11TH day of December, 2001.

**BY THE COURT:**

David S. Doty
Judge of Federal District Court

LET JUDGMENT BE ENTERED ACCORDINGLY.

G:\WPDATA\U\UNUMPROVIDENT\16-RANFT\PLDGS\STIP OF DISMISSAL AND ORDER.DOC

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500